# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

FILED
5-20-20
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.                                     Criminal No. 6:20-cr-78-PR1-YOOU

MAX BENNETT CHAMBERS

### MOTION FOR CAPIAS

The United States of America, by Maria Chapa Lopez, United States

Attorney for the Middle District of Florida, moves this Court to issue a capias

for MAX BENNETT CHAMBERS, against whom an indictment was returned

in the Jacksonville Division of the Middle District of Florida.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

s/  Amanda S. Daniels
Amanda S. Daniels
Assistant United States Attorney
Bar No. 111444
400 W. Washington Street
Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Fax:  (407) 648-7643
E-mail: amanda.daniels@usdoj.gov