# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

FILED 5-21-20
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.    Criminal No. 6:20-cr-78-ORL-40 DCI

MAX BENNETT CHAMBERS

### ORDER

The Motion for Capias filed herein by the United States of America is hereby GRANTED, and a capias shall issue for the Defendant. The conditions for the Defendant's release or detention shall be set by the proper judicial officer upon arrest.

DONE AND ORDERED at Jacksonville, Florida, this 21st day of May, 2020.

_____
United States Magistrate Judge

Copies to:

Assistant United States Attorney Amanda Daniels
United States Marshal