# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

United States of America
v.

MAX BENNETT CHAMBERS

*Defendant*

Case No. 6:20-cr-78-ORl-40DCI

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*, MAX BENNETT CHAMBERS
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of a Machine Gun in violation of 18 USC § 922(o)(1)

Date: 5/21/20

*Issuing officer's signature*

City and state: Orlando, FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 5/21/20, and the person was arrested on *(date)* 5/28/20
at *(city and state)* ORLANDO, FL
Date: 5/28/20

*Arresting officer's signature*

J. FISCHER, USMS DUSM
*Printed name and title*