IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        CASE NO.  6:20-cr-00078-PCB-DCI

MAX CHAMBERS,

    Defendant.
_____/

## APPEARANCE OF CO-COUNSEL

COMES NOW Brett McIntosh, Esquire, and am admitted or otherwise authorized to practice in this Court, and files this notice of appearance as co-counsel for Defendant, MAX CHAMBERS.  Undersigned counsel requests that all pleadings, correspondence, and other communications related to this cause be directed to undersigned counsel at the address specified below.

Dated:  June 1, 2020

                                                     **McINTOSH LAW**

                                                     ___/S/_ Brett McIntosh_____
                                                     **BRETT McINTOSH, ESQUIRE**
                                                     **Florida Bar No. 993972**
                                                     **KEVIN M. GRIFFITH, ESQUIRE**
                                                     **Florida Bar No. 0102647**
                                                     **Attorney for Defendant**
                                                     **766 Hudson Avenue, Suite B**
                                                     **Sarasota, Florida  34236**
                                                     **(941) 364-8002**
                                                     **(941) 957-0706 Facsimile**
                                                     **jmacnicol@mcintoshlaw.biz**
                                                      **bmcintosh@mcintoshlaw.biz**