**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

       **Plaintiff,**

vs.                                                                                  CASE NO. 6:20-cr-78-ORL-40DCI

**MAX BENNETT CHAMBERS**

       **Defendant.**
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mark P. Rankin Esq., of The Law Office of Mark P. Rankin, P.A., hereby appears as counsel for the Defendant, MAX CHAMBERS, in the above-captioned case.

       Respectfully submitted,

       */s/ Mark P. Rankin*
       Mark P. Rankin
       Florida Bar No. 0177970
       The Law Office of Mark P. Rankin, P.A.
       805 W. Azeele St.
       Tampa, FL 33606
       Telephone No. (727) 365-1751
       Email: mark@rankinlawoffice.com
       Attorney for Max Chambers

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 1st day of June 2020, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the AUSA of record.

                                                   /s/ Mark P. Rankin
                                                   Mark P. Rankin