UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 6:20-cr-78-Orl-40DCI

MAX BENNETT CHAMBERS

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

2. MAX BENNETT CHAMBERS, defendant

    Amanda Daniels, Assistant United States Attorney

    Alcohol, Tobacco, Firearms and Explosives, Investigative Agency

    Maria Chapa Lopez, United States Attorney

    Mark P. Rankin, Defense Attorney

    Brett McIntosh, Defense Attorney

Bryan Page, Special Agent

3. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: None

4. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:  None

5. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:  None

6. I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date: June 11, 2020

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: *s/ Amanda S. Daniels*
Amanda S. Daniels
Assistant United States Attorney
Bar No. 111444
400 W. Washington Street
Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Fax: (407) 648-7643
E-mail: amanda.daniels@usdoj.gov

U.S. v. CHAMBERS                                   Case No. 6:20-cr-78-Orl-40DCI

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Mark P. Rankin, Esq.
    Brett McIntosh, Esq.

    *s/ Amanda S. Daniels*
    Amanda S. Daniels
    Assistant United States Attorney
    Bar No. 111444
    400 W. Washington Street
    Suite 3100
    Orlando, Florida 32801
    Telephone: (407) 648-7500
    Fax: (407) 648-7643
    E-mail: amanda.daniels@usdoj.gov