UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    v.                                        Criminal No. 6:20-cr-78-Orl-40DCI

MAX BENNETT CHAMBERS

## **NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

☐    IS        related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

☒    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Dated: June 11, 2020

                                               Respectfully submitted,

                                               MARIA CHAPA LOPEZ
                                               United States Attorney

By:  *s/ Amanda S. Daniels*
       Amanda S. Daniels
       Assistant United States Attorney
       Bar No. 111444
       400 W. Washington Street
       Suite 3100
       Orlando, Florida 32801
       Telephone: (407) 648-7500
       Fax: (407) 648-7643
       E-mail: amanda.daniels@usdoj.gov

U.S. v. CHAMBERS                                Case No. 6:20-cr-78-Orl-40DCI

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark P. Rankin, Esq.
Brett McIntosh, Esq.

                                           *s/ Amanda S. Daniels*
                                           Amanda S. Daniels
                                           Assistant United States Attorney
                                           Bar No. 111444
                                           400 W. Washington Street
                                           Suite 3100
                                           Orlando, Florida 32801
                                           Telephone: (407) 648-7500
                                           Fax: (407) 648-7643
                                           E-mail: amanda.daniels@usdoj.gov