UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

Plaintiff,

vs.  CASE NO. 6:20-cr-78-ORL-40DCI

MAX BENNETT CHAMBERS

Defendant.
_____/

## WAIVER OF SPEEDY TRIAL

COMES NOW the Defendant, Max Bennett Chambers, individually, and by and through undersigned counsel, and hereby gives notice of his waiver of all speedy trial rights pursuant to 18 U.S.C. § 3161, *et seq.*, and the United States Constitution, through and including December 31, 2020.

*Max Chambers*
Max Bennett Chambers

/s/ Mark P. Rankin
Mark P. Rankin
Florida Bar No. 0177970
The Law Office of Mark P. Rankin, P.A.
805 W. Azeele St.
Tampa, FL 33606
Telephone No. (727) 365-1751
Email: mark@rankinlawoffice.com
Attorney for Max Bennett Chambers

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of June 2020, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the AUSA of record and counsel for any co-defendants.

/s/ Mark P. Rankin
Mark P. Rankin