UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                              Case No: 6:20-cr-78-Orl-40DCI

**MAX BENNETT CHAMBERS**

AUSA: Amanda Daniels

Defense Attorney: Brett McIntosh

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **August 19, 2020**<br>2:39-2:56PM |
|---|---|---|---|
| Courtroom: | 3A | TOTAL TIME: | 17 minutes |
| DEPUTY CLERK: | N. Rodriguez | REPORTER: | Digital<br>Orlando_Digital_Transcripts<br>@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

## CLERK'S MINUTES
## CHANGE OF PLEA

Case called, appearances made, procedural setting by the Court
Defendant placed under oath; No issue as to competency.
Defendant consents to have the Magistrate judge take his plea.
Court reviews the plea agreement as to the count 2 in the Indictment, the potential penalties, what the government would have to prove at trial, sentencing guidelines, and advises defendant of his rights. The Government advises in the plea agreement that count 1 will be dismissed at sentencing.
Defendant acknowledges his initials and signature on the original plea agreement.
Defendant enters a plea of guilty and acknowledges that the factual basis is true.
Court receives the guilty plea and will enter a Report and Recommendation for the District judge.
Court directs Probation to prepare a PSR.
Sentencing will be set by separate notice.
Defendant remains on pretrial release pending sentencing.
Court adjourned.