**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                                 CASE NO: 6:20-cr-78-Orl-40DCI

MAX BENNETT CHAMBERS

---

**CONSENT TO INSTITUTE A PRESENTENCE INVESTIGATION**
**AND DISCLOSE THE REPORT BEFORE CONVICTION OR PLEA OF GUILTY**

I, Max Bennett Chambers, hereby consent to a presentence investigation by the probation officers of the United States district courts. I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the government, as well as to me and my attorney, so that it may be considered by the judge.

Dated: 8/19/20

Max Bennett Chambers

Dated: 8/19/20

Counsel for Defendant