# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:20-cr-78-Orl-40DCI

MAX BENNETT CHAMBERS

_____

## NOTICE OF NO OBJECTION TO REPORT AND RECOMMENDATION

The United States of America has no objection to the Report and Recommendation issued by the Magistrate Judge on August 19, 2020 regarding the plea of guilty entered by **MAX BENNETT CHAMBERS**.

August 19, 2020

_____
Assistant United States Attorney

Copies to:
United States Attorney
Counsel of Record
District Judge