**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                                              CASE NO: 6:20-cr-78-Orl-40DCI

MAX BENNETT CHAMBERS

_____

### NOTICE OF NO OBJECTION TO REPORT AND RECOMMENDATION

Defendant **MAX BENNETT CHAMBERS** has no objection to the Report and Recommendation issued by the Magistrate Judge on August 19, 2020 regarding the plea of guilty entered by **MAX BENNETT CHAMBERS**.

August 19, 2020

_____
MAX BENNETT CHAMBERS

_____
Counsel for **MAX BENNETT CHAMBERS**

Copies to:
United States Attorney
Counsel of Record
District Judge