**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

VS.   **CASE NO: 6:20-cr-78-Orl-40DCI**

**MAX BENNETT CHAMBERS**

---

**ACCEPTANCE OF GUILTY PLEA**
**AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 33) entered August 19, 2020, to which the parties have waived the 14 day objection period, the plea of guilty of the defendant is now accepted and the defendant is adjudged guilty of Count Two of the Indictment.

**Sentencing is scheduled for November 18, 2020 at 3:30 PM before the undersigned.**

**DONE and ORDERED** in Orlando, Florida this 21st day of August 2020.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services