UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

      **Plaintiff,**

vs.                                                    CASE NO. 6:20-cr-78-ORL-40DCI

MAX BENNETT CHAMBERS

      **Defendant.**

_____/

## UNOPPOSED MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE TO PERMIT TRAVEL

COMES NOW the Defendant, Max Chambers, and files this Unopposed Motion to Amend Conditions of Pretrial Release to Permit Travel, and states as follows:

1. Mr. Chambers is currently awaiting sentencing on fraud charges.

2. Sentencing is scheduled for November 18, 2020.

3. Mr. Chambers has had no violations of his pre-trial release. Pretrial Services does not take positions on motions of this kind.

4. Mr. Chambers would like to travel to Columbia City, Indiana, on October 12-22, 2020, to visit his girlfriend.

5. Mr. Chambers will have no access to firearms during this trip.

6. The United States has no objection to this motion.

For the reasons stated herein, Mr. Chambers respectfully requests that the Court enter an Order amending the conditions of his pretrial release to permit the travel outside the Middle District of Florida as described herein.

        Respectfully submitted,

        */s/ Mark P. Rankin*
        Mark P. Rankin
        Florida Bar No. 0177970
        The Law Office of Mark P. Rankin, P.A.
        805 W. Azeele St.
        Tampa, FL 33606
        Telephone No. (727) 365-1751
        Email: mark@rankinlawoffice.com
        Attorney for Max Chambers

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of October 2020, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the AUSA of record and counsel for any co-defendants.

        */s/ Mark P. Rankin*
        Mark P. Rankin