To The Honorable Paul Byron,

When I was pregnant with Max, and the sonogram showed that we were having another boy, I was beyond thrilled. How blessed to have two sons!

From the moment Max was born he was my sunbeam... The kind of soul energy that (just because he is in the room) makes you feel happier.

Throughout the years Max's special qualities...his kindness, gentle nature and bright energy stood out no matter the setting...
I would observe other children who were on the playground, at various events and kids' parties., at the drop off/pick up line at schools, at ceremonies where Max was being honored whether at Boy Scouts or school... And Max always stood out from the crowd because he was generous, sensitive to others and so smart.

After his dad and I divorced, we moved around a little bit before settling down. Being a single mother was a challenge at times and Max would show emotional intelligence by coming over to me to offer a smile or a hug at just the right times.

And I would repay the favor, so to speak, by listening to him expound about his newest creation or innovation... Most that were way over my head! Max loves the creative process and is the quintessential creator or 'maker'.

My prayer is for the best possible outcome for Max, one that allows my kindhearted son, my sunbeam, a second chance to be able to add positive value to our community and world.

Sincerely,

Allison Chambers



**DEPARTMENT OF THE ARMY**
UNIVERSITY OF CENTRAL FLORIDA ARMY ROTC
12650 GEMINI BLVD NORTH
ORLANDO FL  32816-3377

ATCC-FFF-LUC															29 JUL 20

MEMORANDUM FOR PRESIDING JUDGE

SUBJECT:  Character reference for MAX CHAMBERS

1.  Your Honor, the purpose of this memorandum is to highlight the character exhibited by Max Chambers while he was an Army ROTC cadet at the University of Central Florida.

2.  As his Military Science Instructor, I Staff Sergeant David L. Bobier, observed Max on a weekly basis, evaluating his classroom and laboratory performance.  While I only knew Max for one semester, he made himself known through his actions both in and out of the classroom.

3.  I recall that Max was extremely dedicated to the UCF Army ROTC program and was very committed to meeting the requirements to become a Second Lieutenant in the United States Army.  He demonstrated his knowledge on a regular basis through classwork focusing on Ethics, Law of Land Warfare, Troop Leading Procedures, Land Navigation, and Cultural Awareness while honing his leadership skills with interactive weekly laboratory practical exercises.  It was easy to discern that Max had a love for the Military and his country, even with my brief time as his instructor.

4.  When I learned that Max had been arrested for possessing an illegal firearm on campus, I was shocked to lay the least.  Max did not strike me as an individual who would have an AR-15 in his possession.

5.  The point of contact for this memorandum is SSG David Bobier at (239) 628-9522 or by email at david.l.bobier.mil@mail.mil.


								DAVID L. BOBIER
								SSG, USA
								Military Science Instructor

November 9th, 2020

To the Honorable Paul Byron,

The first time I met Max, he was 14 1/2 years old. His family and I went to Sunday brunch to celebrate his mother's birthday. To occupy himself during what turned out to be a lengthy wait for a table, Max held the door for people as they entered and exited the restaurant.

Later that afternoon, back at his family's apartment, and as a way of getting further acquainted with Max, I mentioned to him that I enjoy Sudoku. Max immediately dashed into his bedroom and returned with an electronic device that offered Sudoku games that I could play.

These were the first impressions that Max provided me. He was, quite clearly, a people pleaser.

Several years later, when Max related to his mother and me that he was "always volunteering" during ROTC assignments at University of Central Florida, I harkened back to the day that he and I first met. He was surely aiming to please his ROTC company commander, I thought, just as he was trying to please those brunch patrons, and later, me. I remember thinking in that moment how much I admired the enduring consistency of character and personality Max possessed.

In the seven-plus years that I've known him, Max's people-pleasing nature has never waivered.

Max has always been caring and extremely thoughtful towards me. His handmade cards and thankyou notes - complete with his trademark "Smiley Face" accompanying his signature - are items I cherish, and I've enclosed samples of card covers, and of card contents, for you to see.

The close relationship that Max and I share emerged from his love of Lego's as a teenager. Whenever I would visit, Max would be eager to showcase a new, motorized Lego vehicle that he had built. He would use the living room floor as his presentation surface, and I quickly came to realize that the only thing that brought more joy and satisfaction to Max than actually building these vehicles, was demonstrating them for his mother and me.

The passion and thoroughness with which Max approached these projects was impressive - as was the level of sophistication that Lego products had developed since I had played with them 50 years ago. Max harnessed that sophistication and produced some remarkable toys. I knew that my reaction to his creations was extremely important to him, so I always made sure to let him know in no uncertain terms how amazed I was by his creative talent.

The look on his face upon receiving positive feedback was priceless - it was a clear reflection of growing self-esteem - and I came to value it immensely.

Max is always eager to learn. He absorbs knowledge like only one person I've ever known - his older brother Zac - and Max's capacity for retention of facts and details is astounding.

Frequently when Max and I are conversing, Bill, several subjects arise with which he has a profound, often uncanny level of familiarity. Max loves to expand on certain topics of our conversations with additional knowledge, in an effort to render me further informed on the subject in question.

Max produces facts and data as though he were reading from a book, and although he is a pretty fast talker by nature, he takes his time with me so as to ensure that I can fully absorb the knowledge he's sharing. And if I require a second "lesson", he's always happy to repeat what he has said.

Simply put, Max is a people-pleaser who loves knowledge. Therefore, he takes great delight in presenting knowledge to the people he loves. For Max, educating his loved ones is an expression of affection.

I've long believed humility to be among the very finest qualities one can possess, and intellectually, I would describe Max as "humbly brilliant". The unassuming manner in which Max handles his intellect is as impressive to me as the intellect itself.

I become a more informed person after nearly all of the conversations Max and I have. It's one of the things I appreciate most about our relationship. I enjoy crossword puzzles, and it's amazing how often I'm able to answer clues as a result of information I've learned from Max.

I've shared with Max how remarkably well suited I believe he is to be an educator (I've recommended the same career path to his brother, as well). Max is extremely smart, he's patient with those less informed than he, he's excellent with people, and again, he loves to share his knowledge. Further, he has a personality to which students would quickly warm. I'm not pushing it on him, but I would like to see it happen because I feel he would take to it like a duck to water.

In closing, I feel it's important to mention that Max is often reluctant to accept birthday or holiday gifts from me. When I remind him how happy it makes me to share with him, he invariably asks how he can ever thank me. I always tell him to just make me proud.

On the Christmas card that Max made for me this past December, he wrote, among other things, "I hope I will keep making you proud".

I truly believe that if Max is given a chance to live his life to the fullest, he will do exactly that.

Sincerely,

*Michael Kolligian*

Michael Kolligian

To whom it may concern,

Max and I spent a lot of time together growing up, doing everything from climbing trees and playing with the neighbors' dogs to building things with Legos. We didn't always get along, as is common with brothers close in age, but we became much closer in the last few years. Max was always the stereotypical inventor: designing and building new things and testing himself by creating whatever he set his mind to, but he gained maturity in high school and college. I first realized how responsible and adult he had become when he gave me a tour of the Farber Fabrication Lab, where he is a lifetime member and is skilled in operating every machine, even giving classes to other members in how to use them. I was amazed at the level of dedication needed to gain that kind of knowledge and experience and pass it on to new learners.

He also changed in the last few years by becoming more driven and focused on the future, joining ROTC and going through the daily routines, ruck marches, and morning PT workouts without the slightest complaint. In fact, he was extremely enthusiastic about and proud of every aspect of it, always seeking self-improvement and innovation, even to the extent of going to the gym with me and my mom (both certified fitness trainers). Max wanted to be an arms instructor for the Army after his deployment, and as with any other interest he took up, he became extremely knowledgeable about every aspect of it. When I went out to the shooting range with him when I was visiting UCF, I was impressed and slightly annoyed by his extreme attention to safety procedures even though the two of us were the only people out there. Whatever his prior actions, it would be hard to claim that he doesn't do everything necessary to keep people safe.

I am saddened by Max's current situation, because while it is entirely like him to build things to see if it's possible or just to prove that he can do it, Max has never shown the slightest aggression or lapse in attention to the safety of others in any of the activities he is involved in. It would be shameful to ruin an extremely fruitful career that would result in advances in science and benefits to everyone around him because of a legal technicality, and I hope that his skills, dedication, rigid attention to the safety of those around him, and potential gifts to society are taken into account in any legal proceedings.

Sincerely,
ZELAN A. CHAMBERS

November 9th, 2020

To The Honorable Paul Byron:

    I love Max Chambers, because he is my son, but I also think he is one of the best people I know, Max worked hard at Suncoast Polytech High School earning high grades, while also volunteering thousands of hours at the Faulhaber Fab Lab, fabrication laboratory. At the lab he instructed people on how to use the varied machines to do a variety of projects. He taught teachers how to teach their students to use the available equipment. All of his hard, dedicated efforts earned him a National Merit Scholarship, and a place in the Honors Dormitory at the University of Central Florida.

    I live in a retirement community where Max has helped elderly residents by completing yard work, and with technical assistance on computer, printer, wi-fi, and television issues. I have diabetic complications that have resulted in my going to the wound center for treatment. I had to have a cast put on my foot to relieve pressure on a diabetic ulcer. Max has taken time on his days off work to transport me to appointments for several weeks now. It is thanks to his generosity that I am on the mend and may avoid amputation.

    Max does not smoke, drink, or use drugs. I have never known him to be cross with anyone and he has never been in a fight. Max is a very positive person and he is a great benefit to our society.

Sincerely,

*Robert J. Chambers*

Robert J. Chambers

Linda C. Horn, Esq.
120 Blueberry Lane
Marstons Mills, MA 02648
November 9th, 2020

Re: Max Chambers

To The Honorable Paul Byron:

    I have been a friend of the family and known Max for over 10 years. He has always been a polite and respectful boy. He generously helps his neighbors when they need help with technology or moving furniture. He is constantly on call with several neighbors who frequently need his help. Max attended Pine View School for Gifted Students for a few years. He achieved the distinction of Life Scout in the Boy Scouts. Max performed over 300 hours of volunteer work in high school. Max was in ROTC and just about to sign up for the Army, having passed his physical exam. He has always been respectful, polite and helpful. Max deserves a second chance so he can join the military and contribute to the safety of our country.


Very truly yours,

*Linda C. Horn*

Linda C. Horn, Esq.