**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

v.    CASE NO. 6:20-cr-78-Orl-40DCI
       (Forfeiture)

**MAX BENNETT CHAMBERS**

## NOTICE TO COURT REGARDING FORFEITURE

The United States hereby gives notice to the Court that it will not complete the criminal forfeiture of the non-metallic in color auto-sear, the metallic in color auto- sear, and the 5.56 NATO caliber, AR-15 style rifle, described in the Plea Agreement, Doc. 28, because the Bureau of Alcohol, Tobacco, Firearms and Explosive administratively forfeited the auto-sears and firearm on June 9, 2020.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:   *s/Nicole M. Andrejko*
      NICOLE M. ANDREJKO
      Assistant United States Attorney
      Florida Bar Number 0820601
      400 W. Washington Street, Suite 3100
      Orlando, Florida 32801
      (407) 648-7500 – telephone
      (407) 648-7643 – facsimile
      E-mail: nicole.andrejko@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 10, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark P. Rankin, Esquire  
Brett McIntosh, Esquire

                By:    *s/Nicole M. Andrejko*  
                          NICOLE M. ANDREJKO  
                          Assistant United States Attorney