

November 11, 2020

Judge Paul Byron
District Judge
Orlando, Florida

Dear Judge Byron,

I have known Max Chambers for over six years now and have found him to be passionate about learning new skills and engineering new and useful products. He has worked for me at my business on several projects and was always insightful, eager to work and punctual.

As for the situation he is currently in, I believe he was focused on whether he "could" create the build, not whether he "should" create it. My hope for Max is that he can return to school and get his degree. He has such potential; I cannot wait to see what great things he will invent. I would hate to see his life negatively affected because of a youthful lack of foresight.

Thank you for your consideration.

*Greg W Schroeder*

Greg Schroeder
Owner/Operator
Breakfree Technologies LLC
greg@breakfreetechnologies.com

---

222 S Shade AV          Phone: 941 316-0981
Sarasota, FL 34337      Website: breakfreetechnologies.com