UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

vs.                                                  CASE NO. 6:20-cr-78-ORL-40DCI

MAX BENNETT CHAMBERS

        Defendant.
_____/

## DEFENDANT MAX CHAMBERS'S UNOPPOSED MOTION FOR WITNESS TO APPEAR BY PHONE AT SENTENCING HEARING

Comes now the Defendant, Max Chambers, and files this Motion for Witness to Appear by Phone at Sentencing Hearing. Due to COVID-19, Mr. Chambers has one witness, Michael Kolligan, who would like to address the Court by phone. The government has no objection to this motion.

WHEREFORE, Mr. Chambers respectfully requests that the Court permit his witness to appear by phone at his sentencing hearing.

                                                          Respectfully submitted,

                                                          */s/ Mark P. Rankin*
                                                          Mark P. Rankin
                                                          Florida Bar No. 0177970
                                                          The Law Office of Mark P. Rankin, P.A.
                                                          805 W. Azeele St.
                                                          Tampa, FL 33606
                                                          Telephone No. (727) 365-1751
                                                          Email: mark@rankinlawoffice.com
                                                          Attorney for Max Chambers

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 16th day of November 2020, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the AUSA of record and counsel for any co-defendants.

                                                   */s/ Mark P. Rankin*
                                                   Mark P. Rankin