**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLERK'S MINUTES
Sentencing Hearing

Case Number: 6:20-cr-78-Orl-40DCI

**UNITED STATES OF AMERICA**

    **Plaintiff,**

v.

**Max Bennett Chambers**

    **Defendant.**

Government's Counsel: Karen Gable covering for Amanda Daniels

Defense Counsel: Brett McIntosh, Mark Rankin

| Judge: | Paul G. Byron | Court Reporter | Koretta Stanford stanarm2014@gmail.com |
|---|---|---|---|
| Deputy Clerk: | Grace Farey | Interpreter: | N/A |
| Date: | November 18, 2020 | Time: | 4:29 PM – 4:59 PM TOTAL: 30 minutes |

Defendant is adjudged guilty to Count Two of the Indictment.

Count One of the Indictment is DISMISSED.

**PROBATION:** 1 year

The mandatory drug testing requirements are waived.

**SPECIAL CONDITIONS OF SUPERVISED RELEASE**
- Mental Health Treatment
- Submit to Search
- Collection of DNA

**FINE:** Waived

**SPECIAL ASSESSMENT:** $100.00

Plea Agreement is accepted.

- 2 -

Defendant advised of right to appeal.

The Motion for Downward Variance (Doc. 46) is granted.

Witnesses:
Alison Chambers
Robert Chambers